427 A.2d 1209

Commonwealth v. Swift, Appellant.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Submitted September 13, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.